No. 1287.   **Miller v. Edwards.**   April Term, 1882.   This
case involved the same points as those decided in *Miller* v. *Hall,
ante* 141, and they were similarly decided, the Chief Justice
dissenting.   The two cases were heard together by referees, Cir-
cuit judge and this court.   The following points were also
decided here:

1. The condition of the bond differing slightly from the aggregate of the three installments, and both of these differing from the price of the land, as ascertained by multiplying the number of acres by the price per acre, the Circuit judge committed no error in construing the bond and agreement together, and thus ascertaining the true amount of the debt.

2. The referees erred in receiving parol testimony on the subject of the interest agreed to be paid, but as the Circuit judge did not base his conclusions upon such testimony, this furnishes no ground for remanding the case. Judgment affirmed. OPINION by MR. JUSTICE FRASER (sitting in the place of Mr. Justice McGowan), October 21st, 1882. *E. G. Graydon*, for appellant. *W. H. Parker*, contra.